TROY LAW, PLLC
*Attorneys for the Plaintiff, proposed FLSA*
*Collective and Proposed Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324
Fax:   (718) 762-1342

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

QING PU
*on behalf of himself and others similarly situated*
          Plaintiff,
   v.

MATSU, INC. and
JIANFU ZHOU
          Defendants.
------------------------------------------------------------------X

**Case No: 16-cv-4093**

**NOTICE OF**
**APPEARANCE**

---

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that John Troy of TROY LAW, PLLC, hereby appears for Plaintiff QING PU on behalf of himself and others similarly situated, in the above captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

 I certify that I am admitted and authorized to practice in this Court.

Dated:  June 1, 2016
     Flushing, New York

              Respectfully Submitted
              TROY LAW, PLLC

              By: /s / John Troy
              John Troy (JT0481)
              41-25 Kissena Blvd, Suite 119
              Flushing, New York 11355
              Phone: (718) 762-1324
              Fax: (718) 762 1342
              Email: troylaw@troypllc.com